1048

No. 71–993. LOVISI *v.* VIRGINIA. Sup. Ct. Va. Motion of respondent to dispense with printing brief granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5726. HUNT, AKA ADAMS *v.* GEORGIA ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.

No. 71–5989. THERIAULT ET AL. *v.* SILBER ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 71–5990. SINCLAIR *v.* TURNER, WARDEN. C. A. 10th Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 71–554. LIEPMAN *v.* CALIFORNIA, *ante,* p. 963;

No. 71–657. HAWAIIAN LAND CO., LTD. *v.* DIRECTOR OF TAXATION OF HAWAII, *ante,* p. 907;

No. 71–694. LOUISIANA STATE DEPARTMENT OF HIGHWAYS *v.* DARDAR ET AL., *ante,* p. 918;

No. 71–709. SUMIDA ET AL. *v.* YUMEN ET AL., *ante,* p. 964;

No. 71–730. WILLIAMS *v.* UNITED STATES, *ante,* p. 954;

No. 71–742. GOULD ET UX. *v.* AMERICAN WATER WORKS SERVICE CO., INC., ET AL., *ante,* p. 920;

No. 71–744. ADDONIZIO *v.* UNITED STATES, *ante,* p. 936; and

No. 71–765. NORTHERN NATURAL GAS CO. *v.* WILSON ET AL., *ante,* p. 949. Petitions for rehearing denied.